IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Easton, Andre

Printed: 7/22/08

Case Number: 05 B 07594
Judge: Wedoff, Eugene R
Filed: 3/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: May 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 3,588.31 |
| Administrative: |  | 2,112.70 |
| Trustee Fee: |  | 298.99 |
| Other Funds: |  | 0.00 |
| Totals: | 6,000.00 | 6,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,112.70 | 2,112.70 |
| 2. | Wisconsin Dept Of Child Support | Priority | 11,453.49 | 1,405.17 |
| 3. | Wisconsin Dept Of Child Support | Priority | 13,331.21 | 1,635.54 |
| 4. | Internal Revenue Service | Priority | 4,463.38 | 547.60 |
| 5. | Brother Loan & Finance | Unsecured | 213.34 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 7. | RMI | Unsecured | 21.88 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 53.70 | 0.00 |
| 9. | Sir Finance Corporation | Unsecured | 286.20 | 0.00 |
| 10. | Wisconsin Dept Of Child Support | Unsecured | 10.00 | 0.00 |
| 11. | Wisconsin Dept Of Child Support | Unsecured | 20.00 | 0.00 |
| 12. | Bud's Ambulance | Unsecured | 76.00 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 2,521.73 | 0.00 |
| 14. | Alverno Receivable Services | Unsecured |  | No Claim Filed |
| 15. | City of Harvey | Unsecured |  | No Claim Filed |
| 16. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 17. | Attention LLC SHR | Unsecured |  | No Claim Filed |
| 18. | Cardiac Consulting Group | Unsecured |  | No Claim Filed |
| 19. | Village Of Bridgeview | Unsecured |  | No Claim Filed |
| 20. | City of Calumet City | Unsecured |  | No Claim Filed |
| 21. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 24. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 25. | Pellettieri & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Easton, Andre | | Case Number: 05 B 07594 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | | Filed: 3/3/05 |

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 27. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 28. | Cook County Clerk | Unsecured | | No Claim Filed |
| 29. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 30. | City of Chicago Heights | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 33. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 34. | Circuit Clerk of Cook Co. | Unsecured | | No Claim Filed |
| 35. | Excel LLC | Unsecured | | No Claim Filed |
| 36. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 37. | R & R Country Motors | Unsecured | | No Claim Filed |
| 38. | Lorraine Greenberg & Assoc LLC | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| 40. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 41. | Mepa L L C | Unsecured | | No Claim Filed |
| 42. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 43. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 45. | Advance Heart Group | Unsecured | | No Claim Filed |
| 46. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 47. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 48. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 49. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 50. | Receivable Recovery System | Unsecured | | No Claim Filed |
| 51. | Southwest Medical Consultant | Unsecured | | No Claim Filed |
| 52. | State Collection Srv | Unsecured | | No Claim Filed |
| 53. | Sunrise Services | Unsecured | | No Claim Filed |
| 54. | St James Hospital | Unsecured | | No Claim Filed |
| 55. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 56. | State Collection Srv | Unsecured | | No Claim Filed |
| 57. | Lake County IN | Unsecured | | No Claim Filed |
| 58. | Village of Park Forest | Unsecured | | No Claim Filed |
| | | | $ 34,588.63 | $ 5,701.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 22.50 |
| 5.5% | 137.50 |
| 5% | 25.00 |
| 4.8% | 60.00 |
| 5.4% | 53.99 |
| | $ 298.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Easton, Andre | Case Number:  05 B 07594 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  3/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

